942-15
943-15

# ELECTRONIC RECORD

COA #    10-14-00202-CR                     OFFENSE:  Sexual Abuse of a Child

STYLE:   David Blaine McKinley v. The State of
         Texas                              COUNTY:  Ellis

TRIAL COURT:       40th District Court                          MOTION
TRIAL COURT #:     37611CR                  FOR REHEARING IS:
TRIAL COURT JUDGE:  Hon. Bob Carroll        DATE:
DISPOSITION:       AFFIRMED                  JUDGE:


DATE:       July 2, 2015

JUSTICE:    Justice Davis          PC          S   YES

PUBLISH:                           DNP:   YES

CLK RECORD:    8/5/2014            SUPP CLK RECORD:    2/25/2015
RPT RECORD:    9/25/2014           SUPP RPT RECORD:
STATE BR:      3/2/2015            SUPP BR:
APP BR:        12/30/2014          PRO SE BR:


# IN THE COURT OF CRIMINAL APPEALS   942-15
943-15

ELECTRONIC RECORD                     CCA #              943-15

--------------------

_____PRO SE_____ Petition             Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:   DATE: _____

_____REFUSED,_____                    JUDGE: _____

DATE: ___11/04/2015___                SIGNED: _____    PC: _____

JUDGE: _Per Curiam_                   PUBLISH: _____   DNP: _____

-----------------------

_____ MOTION FOR REHEARING IN   MOTION FOR STAY OF MANDATE IS:

CCA IS: _____ ON _____     _____ ON _____

JUDGE: _____     JUDGE: _____